*Thomas L. Smith* and *M. C. Kerr*, for the appellants.

*R. Crawford*, for the appellee.

Nov. Term, 1861.

COOPER
v.
LINGO.

---

COOPER v. LINGO.

Where a cause is tried by a stranger, not by the legal and judicially recognized judge, the record must show the right of such stranger to act.

APPEAL from the *Howard* Common Pleas.

*Per Curiam.*—The judgment in this case must be reversed, on the authority of *Negley* v. *Wilson*, 14 Ind. 215; *Seymour* v. *The State*, 15 Ind. 288; and *Redwine* v. *The State*,

*Tuesday,*
*November* 26.

*id.* 293. This cause was tried by a stranger, not by the legal and judicially recognized judge. In such case, the record must show the right of such stranger to act. *Negley* v. *Wilson, supra.* In this case, the authority under which the stranger acted, is set out in the record, and appears on its face to be void, as it was given under circumstances, according to the face of the record, where the law did not authorize it to be conferred.(1) *Seymour* v. *The State,* and *Redwine* v. *The State, supra.* See, also, *The Board of Com's* v. *Coats,* at this term; and *Miller* v. *Burger,* 2 Ind. 337. The judgment is reversed, with costs. Cause remanded for another trial, with leave to amend, &c.

*Thos. A. Hendricks* and *James W. Robinson,* for the appellant.

*N. R. Linsday* and *T. J. Harrison,* for the appellee.

(1) The record of the appointment of the *pro tempore* judge, in this case, was as follows: "And afterwards to wit: on *Saturday,* the ninth day of *February,* A. D. 1861, the same being the sixth judicial day of the *February* term aforesaid, the following proceedings were had herein, *to* wit: Now comes *John M. Wilson,* Esquire, and files the following appointment, to wit: State of *Indiana, Howard* County, ss: I, *John Green,* Judge of the Court of Common Pleas, do hereby appoint *John M. Wilson,* judge *pro tempore,* during my absence, being unable to attend.

"Given under my hand this 9th day of *Feb.,* A. D. 1861.

                (Signed)    "JOHN GREEN.

"Whereupon the said *John M. Wilson* was duly sworn, &c." There was nothing in the record showing who had presided during the first six days of the term.